UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ADAM BLAKE DIAMOND                                                                                      PLAINTIFF

v.                                              No. 2:20-CV-02204

CRAWFORD COUNTY JAIL                                                                                  DEFENDANT

## ORDER

The Court has received a report and recommendations (Doc. 9) from United States Magistrate Judge Mark E. Ford.  No objections have been filed and the deadline to file objections has passed.  The Magistrate recommends on preservice screening that the Court dismiss this case because Defendant is not a "person" subject to suit under 42 U.S. C. § 1983.  The report and recommendations (Doc. 9) is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 29th day of December, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE